UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANE DOE, individually, and as a representative of the classes, : <br> : <br> Plaintiff, :    No. 2:19-cv-22146-BRM-JAD <br> : <br> v  : **NOTICE OF VOLUNTARY** <br> : **DISMISSAL WITHOUT PREJUDICE** <br> : <br> ALLERGAN, INC., ALLERGAN USA, INC., : <br> ALLERGAN PLC, MCGHAN MEDICAL CORP. : <br> and INAMED CORPORATION, : <br> : <br> Defendants. : | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuat to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jane Doe, through her undersigned attorneys, hereby voluntarily dismisses this action against all Defendants without prejudice.  This notice of dismissal is being filed with the Court before service by any Defendants of either an answer or motion for summary judgment.

Dated:  September 1, 2020                              Respectfully submitted,

**SO ORDERED:**

*/s/ Shanon J. Carson*
BERGER MONTAGUE PC
Shanon J. Carson
Barbara A. Podell
Russell D. Paul (SBN 2361939)
Jeffrey L. Osterwise
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: 215/875-3000
Fax: 215/875-4604
Email: scarson@bm.net
bpodell@bm.net
rpaul@bm.net
josterwise@bm.net

_____
**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated:  September 2, 2020**

BERGER MONTAGUE PC
E. Michelle Drake
John Albanese
43 SE Main Street
Suite 505
Minneapolis, MN 55414
Tel: (612) 654-5997